AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Andrew Malachi Neisig<br><br>Defendant(s) | Case No. **H19-0528M** |

United States Court
Southern District of Texas
FILED

MAR 28 2019

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  02/01/2019 - 03/28/2019  in the county of  Harris  in the
Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A (a)(2)(B)<br><br>18 U.S.C. § 2252A (a)(5)(B) | Any person who knowingly distributes any material that contains child pornography that has been mailed, or using any mean or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. Any person who knowingly possesses any material that contains an image of child pornography that has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan J. Shultz, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: March 28, 2019

_____
Judge's signature

City and state: Houston, Texas

United States Magistrate Judge Frances H. Stacy
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF: §
Andrew Malachi Neisig § Case No. _____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan J. Shultz, being duly sworn, hereby depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest and performing other duties imposed by law. During my assignment with the FBI I have participated in the execution of search warrants for documents and other evidence, including computers and electronic media, in cases involving child pornography and the sexual exploitation of children. I have investigated many cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers were used as the means for receiving, transmitting and storing child pornography as defined in Title 18, United States Code, Section 2256.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached Complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individuals and events described herein. The information contained in this affidavit is based on my firsthand knowledge as well as information obtained through witness interviews conducted by me or other Law Enforcement Officers or Special Agents of the FBI and a review of various records.

3. On March 12, 2019, FBI New Haven executed a search warrant at the personal residence of Joseph Santos in Pawcatuck, Connecticut in pursuit of violations of child exploitation.

Evidence was seized from Santos' residence to include Santos' personal cellular telephone. A review of the device revealed the presence of the Kik mobile chat application as well as historical chats within that application.

4. One chat in particular, which was initiated on February 1, 2019, was observed to be between Kik user "firepu83", also known as (Joseph Santos), and Kik user "LuckyBoy156". The initial communication indicated that Santos added user "LuckyBoy156" to a chat group identified as "#brotherlylove1". Thereafter, Santos and user "LuckyBoy156" engaged in a brief chat in which 2 images of child pornography were sent from user "LuckyBoy156" to Santos. A summary of the conversation between Santos and Kik user "LuckyBoy156" is highlighted below for reference:

> Firepu83: Hi
> Firepu83: Asl
> **LuckyBoy156:** Hey m 20
> **LuckyBoy156:** [Image sent depicting a suspected prepubescent age male straddling the lap of a nude adult male. The adult male's penis is observed at the bottom of the frame and placed between the cheeks of the suspected male minor's buttocks.]
> Firepu83: That u
> **LuckyBoy156:** Yep
> Firepu83: Nice with who
> **LuckyBoy156:** Lil cuzin
> Firepu83: Nice any more
> **LuckyBoy156:** [Image sent depicting a suspected prepubescent age male being orally penetrated by the erect penis of an adult male.]
> Firepu83: How'd u get him to do that
> **LuckyBoy156:** Offer to pay
> **LuckyBoy156:** And secret stuff
> Firepu83: [Image sent depicting a close-up of a suspected adult male masturbating.]
> **LuckyBoy156:** U got any bros
> Firepu83: 1 older
> **LuckyBoy156:** How old r u
> **LuckyBoy156:** Hello
> Firepu83: 32 here

5. On or about March 15, 2019, and in consideration of the above, FBI New Haven served an emergency disclosure order to Kik in pursuit of subscriber information associated with

Kik user "LuckyBoy156". It is noted that Kik maintains only approximately 30 days of data with respect to subscriber user accounts, thereby making the February 1, 2019, subscriber data irretrievable. A response received from Kik identified the subscriber as "Sam Jeremiah" with contact e-mail address Sam.Jeremiah15@gmail.com. Additionally, Kik revealed user "LuckyBoy156" was most frequently accessing the account from an Android device most commonly associated with IP address 98.195.98.5 which was determined to be owned by Comcast Communications.

6. FBI New Haven served an emergency disclosure order to Comcast Communications in pursuit of subscriber information for IP address 98.195.98.5 on February 18, 2019, at 11:38:42 UTC, which was observed to be the last time Kik user account "LuckyBoy156" was accessed. Comcast provided a response and identified the subscriber Andrew Neisig with a residential service address in Humble, Texas. The account was regarded as being in an "active" status.

7. On or about March 21, 2019, FBI Houston received a lead package containing the investigative details relevant to the investigation as described above. Your Affiant subsequently reviewed all of the provided case materials to include the suspected files of child pornography that were posted by Kik user "LuckyBoy156" on February 1, 2019. Your Affiant determined that those 2 files, described in detail above in paragraph 21, depicted child pornography as defined by Title 18, United States Code, Section 2256.

8. A law enforcement database search for "Andrew Neisig" revealed one hit with the Texas State Sex Offender Registry Database in which Andrew Malachi Neisig had been convicted in violation of Possession of Child Pornography in a 2016 case investigated by the Humble Police Department.

9. On March 28, 2019, FBI Houston located and engaged Andrew Neisig at one of his friends' residences in Humble, Texas. Andrew Neisig, hereinafter referred to as Neisig, was advised of his *Miranda Rights*, and thereafter chose to make a statement which was audio/video recorded.

10. As a general summary only, Neisig advised that agents would find child pornography stored on two cellular telephones found to be in his possession. According to Neisig, the child pornography material would all be stored within the Kik application which had been

downloaded and installed to each respective device. Neisig explained that he maintains a fake persona via the Kik application and that he had created this fake persona, as well as several other fake personas, for the sole purpose of trading child pornography. Neisig stated that he trades child pornography files with several individuals via the Kik application, primarily in the form of hyperlinks; however, Neisig's most frequent trade partner was identified as Kik user "Charlie Anderson".

11. Agent's explained to Neisig that the FBI was investigating child pornography images posted on Kik from a user by the name "LuckyBoy156". Neisig initially advised that he did not recall utilizing that specific user handle; however, after reviewing the content of the chat in its totality, Neisig acknowledged that he was most likely responsible for the communications detailed above in paragraph 4 as well as the images of child pornography posted during those communications.

12. Neisig clarified that he did not recall specifically utilizing the "LuckyBoy156" Kik user handle; however, Neisig explained that he recognized the two files of child pornography posted during the chat and stated he had sent those two specific files to several users via the Kik application. Furthermore, Neisig explained that he is forced to change usernames often as his accounts are periodically closed by Kik, which he assumed was due to the receiving and trading of abusive content.

13. Regarding the claims observed within the chat in which Neisig, as user "LuckyBoy156", claimed the child pornography depicted himself with his cousin, Neisig explained that his claims were untrue and that it was just something he had said in furtherance of his fake online persona. Neisig insisted the files were not created by him, that the files did not depict him, and that he had not physically abused any minors.

14. After receiving consent from Neisig to search his iPhone XR cell phone device, agents observed multiple files that depicted minor males going to the restroom in a public place. After being confronted about the videos, Neisig advised that the videos were taken by him at Deerbrook Mall in Humble, Texas. According to Neisig, he would sit outside the restroom and wait for young boys to enter. Once they were inside the stall, Neisig would record them from underneath the stall wall in an attempt to capture them urinating. When

asked to explain the purpose of his actions, Neisig stated that he had made the recordings in an attempt to capture videos of the boys' penis and or buttocks to be used for his personal sexual gratification. Furthermore, Neisig had distributed said videos to Kik user "Charlie Anderson".

## CONCLUSION

15. Based on all information set forth above, your Affiant believes there is probable cause to believe that from on or about February 1, 2019, through March 28, 2019, Andrew Malachi Neisig, was in violation of Title 18 U.S.C. § 2252A (a)(2)(B) and 2252A (a)(5)(B) - the distribution and possession of child pornography.

_____
Ryan J. Shultz, FBI Special Agent

Subscribed and sworn before me this ___28___ day of March 2019, *and I find probable cause*

_____
Frances H. Stacy
United States Magistrate Judge

5